1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES T. SENSENEY,                1:04-cv-06731-AWI-SMS-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                  **RECOMMENDATIONS** (Doc. 7)
13  vs.
                                  **ORDER DISMISSING ENTIRE ACTION**
14  DEUEL VOCATIONAL INSTITUTION,
    et al.,
15
              Defendants.
16  _____/

17

18      James T. Senseney ("plaintiff"), a state prisoner proceeding

19  pro se and in forma pauperis, has filed this civil rights action

20  seeking relief under 42 U.S.C. § 1983.  The matter was referred

21  to a United States Magistrate Judge pursuant to 28 U.S.C.

22  § 636(b)(1)(B) and Local Rule 72-302.

23      On April 11, 2006, the Magistrate Judge filed Findings and

24  Recommendations herein which were served on the parties and which

25  contained notice to the parties that any objections to the

26  Findings and Recommendations were to be filed within thirty (30)

27  days.  To date, the parties have not filed objections to the

28  Magistrate Judge's Findings and Recommendations.

                                  1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed April 11, 2006, are ADOPTED IN FULL; and,

2.   This action is DISMISSED in its entirety for Plaintiff's failure to exhaust administrative remedies prior to filing suit.


IT IS SO ORDERED.

**Dated:    June 27, 2006**                      _____/s/ Anthony W. Ishii_____
0m8i78                                           UNITED STATES DISTRICT JUDGE